IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RENA COCHRAN                                                                                      PLAINTIFF

vs.                                        Civil No. 2:11-CV-02049

MICHAEL J. ASTRUE                                                                         DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation (Doc. 17) filed on August 6, 2012 by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. Judge Marschewski recommends that Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, be granted. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

The Court finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Court ORDERS that Plaintiff's Motion for Attorney Fees (Doc. 12) be **GRANTED** and finds that Plaintiff is entitled to an award under the EAJA in the amount of $1,100.00. This award represents 6.0 hours of attorney time for work performed in 2011 and 2012 at an hourly rate of $125.00 plus $350 in filing fees. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

IT IS SO ORDERED this 15th day of November, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE